# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HENRY HICKSON

NO.   2024 CW 1112

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY & CORRECTIONS,
JAMES E. LEBLANC, SECRETARY

**JANUARY 13, 2025**

---

In Re:   Henry Hickson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 720509.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT GRANTED WITH ORDER.**  Pursuant to the district court's October 4, 2023 judgment and July 22, 2024 order, the East Baton Rouge Parish Clerk of Court is ordered to transfer this matter to the West Feliciana Parish Clerk of Court on or before February 12, 2025.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT